| Case | Number | Disposition | Date | Citation |
|---|---|---|---|---|
| Apodaca v. Willmore | 111,987 | Granted | 01/25/2016 | 51 Kan. App. 2d 534 |
| Armstrong v. Bromley Quarry & Asphalt, Inc. | 109,864 | Granted | 01/25/2016 | Unpublished |
| Ash-Shahid v. State | 112,216 | Denied | 12/14/2015 | Unpublished |
| Auld v. American Family Ins. Co. | 111,505 | Denied | 02/09/2016 | Unpublished |
| Baker v. State | 111,709 | Denied | 12/14/2015 | Unpublished |
| Bavel v. University of Kansas | 111,404 | Denied | 01/25/2016 | Unpublished |
| Beneke v. Smith | 111,722 | Denied | 01/29/2016 | Unpublished |
| Board of Butler County Comm'rs v. Alvarez | 111,252 | Denied | 01/27/2016 | Unpublished |
| Board of Harvey County Comm'rs v. Wheatridge Second | 112,072 | Denied | 01/25/2016 | Unpublished |
| Bogguess v. State | 111,299 | Granted | 02/18/2016 | Unpublished |
| Bullard v. Kansas Dept. of Revenue | 111,767 | Denied | 01/25/2016 | Unpublished |
| Bullock v. BNSF Railway Co. | 111,599 | Granted | 02/18/2016 | Unpublished |
| Cafer v. Ash | 112,155 | Denied | 02/19/2016 | Unpublished |
| City of Dodge City v. Olivas | 109,782 | Denied | 11/06/2015 | Unpublished |
| Claassen v. City of Newton | 111,445 | Denied | 01/29/2016 | Unpublished |
| Consolver v. Hotze | 110,483 | Granted | 01/25/2016 | 51 Kan. App. 2d 286 |
| Davenport v. Marcon of Kansas, Inc. | 111,888 | Denied | 01/25/2016 | Unpublished |
| Deutsche Bank Nat'l Trust Co. v. Kaplan | 111,433 | Denied | 02/18/2016 | Unpublished |
| Dickerson v. St. Luke's South Hospital, Inc. | 110,513 | Denied | 02/18/2016 | 51 Kan. App. 2d 337 |
| Everbank v. Gonzales | 111,539 | Denied | 02/09/2016 | Unpublished |
| Frobish v. Cedar Lakes Village Condominium Ass'n | 112,732 | Denied | 01/29/2016 | Unpublished |
| Garetson Brothers v. American Warrior, Inc. | 111,975 | Denied | 01/25/2016 | 51 Kan. App. 2d 370 |
| Gleason v. State | 111,363 | Denied | 02/09/2016 | Unpublished |
| Graham v. Herring | 112,498 | Denied | 02/18/2016 | Unpublished |
| Hajda v. University of Kansas Hosp. Auth. | 111,766 | Denied | 02/18/2016 | 51 Kan. App. 2d 761 |
| Heartland Apartment Ass'n v. City of Mission | 111,521 | Granted | 02/18/2016 | 51 Kan. App. 2d 699 |
| In re C.S. | 113,566 | Denied | 12/14/2015 | Unpublished |